**FILED**
CLERK, U.S. DISTRICT COURT

10/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ANTHONY DIAZ, JR.,<br>  aka "Daddy,"<br>NEBIYAT EASLER,<br>  aka "Nae Nae" and<br>      "Nae," and<br>ASHLEY KELLY,<br><br>          Defendants. | CR 2:20-cr-00527-ODW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1594(c): Conspiracy to Engage in Sex Trafficking of a Minor and Sex Trafficking by Force, Fraud, and Coercion; 18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2): Sex Trafficking of a Minor and Sex Trafficking by Force, Fraud, and Coercion; 18 U.S.C. § 2423(a): Transportation of a Minor in Interstate Commerce with Intent that the Minor Engage in Prostitution] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1594(c)]

[ALL DEFENDANTS]

A.  OBJECTS OF THE CONSPIRACY

Beginning in or about April 2019, and continuing to on or about July 2, 2019, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendants ANTHONY DIAZ, also

known as ("aka") "Daddy," NEBIYAT EASLER, aka "Nae Nae" and "Nae," and ASHLEY KELLY conspired with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, Minor Victim 1 and Minor Victim 2:

1.    knowing and recklessly disregarding that force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause Minor Victim 1 and Minor Victim 2 to engage in a commercial sex act, in violation of Title 18 United States Code, Sections 1591(a)(1), (b)(1); and

2.    knowing and recklessly disregarding, and with reasonable opportunity to observe, that Minor Victim 1 and Minor Victim 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18 United States Code, Sections 1591(a)(1), (b)(2).

B.    MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.    Defendant DIAZ would recruit minor victims to work as prostitutes for him.

2.    Defendant DIAZ would do so using force, fraud and coercion, including raping, beating, and choking the minor victims, beating defendant EASLER, and pretending to be in a true romantic relationship with one of the minor victims.

3.    Defendant DIAZ would buy lingerie for the minor victims to

wear during prostitution dates and pay to have their hair and nails done.

4.    Defendant DIAZ would buy cell phones for the minor victims that would be used for prospective prostitute dates, for posting prostitution advertisements on various websites, and for communicating with defendants DIAZ and EASLER.

5.    Defendants DIAZ and KELLY would transport minor victims from Las Vegas, Nevada, to Los Angeles and Ventura Counties in California to engage in prostitution.

6.    Defendants DIAZ and EASLER would rent hotel rooms in different cities in Los Angeles and Ventura Counties in Southern California for the minor victims to stay in to conduct prostitution dates.

7.    Defendants DIAZ and EASLER would provide the minor victims with "rules" the minor victims were required to follow when prostituting for defendant DIAZ.

8.    Defendant EASLER would teach the minor victims how to pose for photographs to be used in prostitution advertisements.

9.    Defendant EASLER would both post prostitution advertisements of the minor victims on various websites and teach the minor victims how to post for themselves prostitution advertisements on various websites.

10.    Defendant EASLER would teach the minor victims how to talk with the prostitution dates and how to respond to texts from the prostitution dates.

11.    Defendant KELLY would stay with the minor victims in different hotels to ensure the minor victims did what they were told, and defendant KELLY would report back to defendant DIAZ.

12.    Defendant DIAZ would demand that the minor victims give him the money from the prostitution dates conducted by the minor victims.

COUNT TWO

[18 U.S.C. §§ 1591(a)(1), (b)(2); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

Beginning on or about June 11, 2019, through on or about July 2, 2019, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendants ANTHONY DIAZ, aka "Daddy," NEBIYAT EASLER, aka "Nae Nae" and "Nae," and ASHLEY KELLY, each aiding and abetting the other, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, Minor Victim 1, knowing and recklessly disregarding, and with reasonable opportunity to observe, that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

COUNT THREE

[18 U.S.C. §§ 1591(a)(1), (b)(1); 18 U.S.C. § 2(a)]

[DEFENDANTS DIAZ AND EASLER]

Beginning on or about June 11, 2019, through on or about July 2, 2019, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendants ANTHONY DIAZ, aka "Daddy," and NEBIYAT EASLER, aka "Nae Nae" and "Nae," each aiding and abetting the other, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, Minor Victim 1, knowing and recklessly disregarding that force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause Minor Victim 1 to engage in a commercial sex act.

COUNT FOUR

[18 U.S.C. §§ 1591(a)(1), (b)(2); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

Beginning on or about June 11, 2019, through on or about June 18, 2019, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendants ANTHONY DIAZ, aka "Daddy," NEBIYAT EASLER, aka "Nae Nae" and "Nae," and ASHLEY KELLY, each aiding and abetting the other, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, Minor Victim 2, knowing and recklessly disregarding, and with reasonable opportunity to observe, that Minor Victim 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

COUNT FIVE

[18 U.S.C. §§ 1591(a)(1), (b)(1); 18 U.S.C. § 2(a)]

[DEFENDANTS DIAZ AND EASLER]

Beginning on or about June 11, 2019, through on or about July 2, 2019, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendants ANTHONY DIAZ, aka "Daddy," and NEBIYAT EASLER, aka "Nae Nae" and "Nae," each aiding and abetting the other, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, Minor Victim 2, knowing and recklessly disregarding that force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause Minor Victim 2 to engage in a commercial sex act.

COUNT SIX

[18 U.S.C. § 2423(a)]

[DEFENDANTS DIAZ AND KELLY]

On or about June 11, 2019, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendants ANTHONY DIAZ, aka "Daddy," and ASHLEY KELLY knowingly transported individuals who had not attained the age of 18 years, namely, Minor Victim 1 and Minor Victim 2, in interstate and foreign commerce, from Nevada to Los Angeles and Ventura Counties, with the intent that Minor Victim 1 and Minor Victim 2 engage in prostitution.

A TRUE BILL

_____/S/_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime
Section

KAREN I. MEYER
Assistant United States Attorney
Violent & Organized Crime Section

9